UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SAMUEL ARCHIE MATTA,

        Defendant.

Case No. MJ22-302

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)    Defendant has been charged by complaint with possession of destructive devices. He is currently serving a 270 day sentence with 24 months of probation for a conviction of criminal mischief through Tulalip Tribal Court in Washington. The Court ordered that once the Defendant completes his time in custody, that a detention hearing can be scheduled before any Magistrate Judge. The government did not object to this matter being reopened at that time as

DETENTION ORDER - 1

circumstances will have changed for the Defendant and pretrial services can investigate potential release or detention recommendations.

It is therefore **ORDERED**:

(1) Defendant shall be returned to the custody of the Tulalip Tribal Court and <u>**once his time is served then he shall be detained**</u> pending a motion to reopen detention and/or trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of September, 2022.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2