THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>SAMUEL ARCHIE MATTA,<br><br>       Defendant. | No. CR22-165-JHC<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the defense to continue the trial date now set for December 5, 2022 and pretrial motions deadline set for October 27, 2022, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to his defense, and to consider possible defenses;

ORDER GRANTING MOTION TO
CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v. Matta*; CR22-165-JHC) - 1

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725

1      (d) the ends of justice will best be served by a continuance, and the ends of
2  justice outweigh the best interests of the public and the defendant in any speedier trial,
3  as set forth in 18 U.S.C. § 3161(h)(7)(A);
4      (e) the additional time requested between the current trial date of December 5,
5  2022, and the new trial date is necessary to provide counsel for the defendant the
6  reasonable time necessary to prepare for trial, considering counsel's schedule and all of
7  the facts set forth above;
8      (f) the period of delay from the date of this order to the new trial date is
9  excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
10     IT IS THEREFORE ORDERED that the trial date in this matter shall be
11 continued to March 27, 2023, and that pretrial motions shall be filed no later than
12 February 16, 2023.
13     DONE this 21st day of October, 2022.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO
CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v. Matta*; CR22-165-JHC) - 2

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
(206)636-1725