# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR 22-165-JHC |
| vs. | ORDER ON MOTION TO SEAL SENTENCING EXHIBITS |
| SAMUEL ARCHIE MATTA, | |
| Defendant. | |

Defendant has moved to file under seal mental health records that are being submitted as exhibits to his sentencing memorandum. Dkt. ## 34 & 36. For the reasons stated in Defendant's motion, the exhibits shall be filed under seal.

DATED this 10th day of October, 2023.

John H. Chun
United States District Judge