UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL ARCHIE MATTA,<br><br>Defendant. | NO. CR22-165-JHC<br><br>ORDER |

This matter comes before the Court on Defendant Matta's Motion for Early Termination of Supervised Release. Dkt. # 48. The Court has reviewed the motion, the response (Dkt. # 49), the rest of the file, and the governing law. Being fully advised, the Court rules as follows:

The Court commends Mr. Matta on his success thus far on supervised release. However, due to the nature of the offense, the destructive devices found at his residence, and the mental health issues noted on the record, the Court agrees with Probation and the Government that it should not now terminate supervised release.

Accordingly, the Court DENIES the motion.

//

//

Order - 1

1    DATED this 16th day of December, 2025.

2

3
                                    _____
4                                   JOHN H. CHUN
                                    United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order - 2