UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SAMUEL ARCHIE MATTA,<br>Defendant. | CASE NO. CR22-165 JHC<br>ORDER |

Before the Court is Defendant Samuel Archie Matta's second motion for early termination of his supervised release. *See* Dkt. # 51. The Court has considered the motion, the government's opposition, *see* Dkt. # 52, the report submitted by U.S. Probation and Pretrial Services (Probation), *see* Dkt. # 53, the rest of the file, and the governing law.

For the reasons presented by the government and Probation at Dkt. ## 52 & 53, the Court DENIES the motion.

Dated this 23rd day of July, 2026.

John H. Chun
John H. Chun
United States District Judge